In the Matter of ANTHONY AMAKER, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [974 NYS2d 883]— Appeal from a judgment of the Supreme Court, Wyoming

County (Mark H. Dadd, A.J.), entered July 5, 2012 in a CPLR article 78 proceeding. The judgment denied the motion of petitioner requesting that the amended petition be summarily granted and denied the amended petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.